UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOEL PORTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-41-JWD-RLB** |
| **JOHN DAUTHIER,<br>IN HIS INDIVIDUAL<br>CAPACITY** | |

# ORDER

Before the Court is Plaintiff's Motion to Compel (R. Doc. 32) Defendant to respond to deposition questions regarding Ashley Noel's involvement in the criminal investigation of Denise Porter's murder. (R. Doc. 32). During Defendant's earlier depositions, he objected to any questions concerning Ms. Noel's involvement or assistance in the criminal investigation. (R. Doc. 85-4 at 10) (Defendant testified: Ashley Noel is "part of the investigation at this point . . . and that's privileged information I'm not going to disclose.").

Plaintiff states that Ms. Noel "was brought into the Denise Porter murder [investigation] as a witness, even though she had not been born at the time of the murder . . . and had no knowledge and was not aware of the murder." (R. Doc. 32 at 1). For these reasons, Plaintiff wishes to depose Defendant concerning all communications he had with Ashley Noel concerning Plaintiff or the investigation of Denise Porter's murder, include whether Ms. Noel supplied any evidence relating to the investigation.

The Court recently issued a Protective Order precluding discovery into the investigation of Mrs. Porter's murder. The discovery sought in the instant Motion to Compel falls within the

information covered by the Court's Protective Order. For the same reasons provided in the Court's Protective Order,

**IT IS ORDERED** that Plaintiff's Motion to Compel (R. Doc. 32) is **DENIED**.

Signed in Baton Rouge, Louisiana, on December 12, 2014.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**